# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **D'WANNA WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:21-CV-00778-CLM |
| **SARABIA ENTERPRISE II LLC, d/b/a SOL AZTECA II,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The Court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before November 20, 2021** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the court does not hear from the parties by **November 20, 2021**, this dismissal will convert into a **dismissal with prejudice**. All pending deadlines and settings in this case are cancelled.

**DONE and ORDERED** this 20th day of September, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE