UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

CASE NO: 2:21-cv-778-CLM

vs.

SARABIA ENTERPRISE II, LLC,
d/b/a/ SOL AZTECA II,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    The Plaintiff, D'Wanna Williams, and Defendant, Sarabia Enterprise II, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal <u>without prejudice</u>. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs. Upon completion of the terms of the settlement agreement, the parties shall file a subsequent stipulation with prejudice

    Respectfully submitted this the 27th day of September, 2021.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Gregory A. Brockwell, Esq. |
| Law Office of Edward I. Zwilling, LLC | BROCKWELL SMITH LLC |
| 4000 Eagle Point Corporate Dr. | 2 20th Street North, Suite 1300 |
| Birmingham, Alabama, 35242 | Birmingham, AL 35203 |
| Telephone: (205) 822-2701 | Phone: (205) 800-8505 |
| Email: edwardzwilling@zwillinglaw.com | Email: greg@brockwellsmith.com |
| By: /s/ Edward I. Zwilling | By: Greg Brockwell (by EIZ w/ permission) |
|     Edward I. Zwilling |     Gregory Brockwell |

1